# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

QingHua He,

        Plaintiff,

v.

U.S. Department of Homeland Security et al,

        Defendant.

**COURT MINUTES**
BEFORE: Joan N. Ericksen
U.S. Judge

| | |
|---|---|
| Case No: | 11cv2161 (JNE/FLN) |
| Date: | April 19, 2012 |
| Deputy: | Sheri L. Frette |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 2:30 p.m. |
| Time Concluded: | 4:09 p.m. |
| Time in Court: | 1 Hours & 39 Minutes |

Hearing on: **Government's Motion to Dismiss [#13]. It is ordered that the Defendant's motion to dismiss the Amended Complaint is granted for the reasons stated on the record. The parties agree that 8 U.S.C. § 1153h(1)(A) requires action within one year of an immigrant visa number becoming available to the alien's parent. Because the Amended Complaint does not assert any action in the relevant one-year period, the Court dismisses the Amended Complaint.  No further order will be issued.**

APPEARANCES:
    Plaintiff:    Delin Qu
    Defendant:    Gisela A. Westwater

**\*\*IT IS ORDERED:**

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☐ Written order forthcoming.

                                          s/Sheri L. Frette
                                              Calendar Clerk